**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Jefferson-11th Street, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1199906** | |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **213 16th St, NE**<br>**Washington, DC 20002**<br>Number, Street, City, State & ZIP Code | **Francis Hill Parker**<br>**124 Kentucky Ave.**<br>**Lexington, KY 40502**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **District of Columb**<br>County | **Location of principal assets, if different from principal place of business**<br>**2724 11th Street, NW Washington, DC 20001**<br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)     **N/A**

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Jefferson-11th Street, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5311_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Jefferson-11th Street, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | _____ | | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   **Jefferson-11th Street, LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Jefferson-11th Street, LLC**                                    Case number (*if known*)
Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 31, 2022**
MM / DD / YYYY

**X** **/s/ Francis Hill Parker**                              **Francis Hill Parker**
Signature of authorized representative of debtor              Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Justin P. Fasano**                    Date    **March 31, 2022**
Signature of attorney for debtor                         MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea, P.A.**
Firm name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **301-441-2420**      Email address    **jfasano@mhlawyers.com**

**MD21201 DC**
Bar number and State

## Resolutions of
## JEFFERSON-11TH STREET, LLC

WHEREAS, the undersigned, being all of the members of Jefferson-11th Street, LLC (the "Company"), does hereby resolve as follows as follows:

WHEREAS, the Company has determined it advisable and in its best interests to ratify and approve all such corporate actions noted herein;

WHEREAS, the Company has determined that it is in the best interests of the Company, its creditors, members and other interested parties that the Company file a petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Chapter 11 Case"); and

WHEREAS, the Company has reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the prospects and options for successfully reorganizing or liquidating through a chapter 11 bankruptcy proceeding;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Company shall file a voluntary petition for relief under the provisions of chapter 11, of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Bankruptcy Court") under the provisions of chapter 11, of the Bankruptcy Code in such form and at such time as the Company shall determine; and it is

FURTHER RESOLVED, that the Company shall retain the law firm of McNamee Hosea, P.A., to render legal services to the Company and to represent the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that the Company shall retain such other professionals as are necessary to perform professional services to the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Company to seek relief of behalf of the Company under chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

Date: 3/31/2022                         Jefferson-11th Street, LLC

By: _____ member
Print name ELLIS J PARKER

By: _____ member
Print name Francis Ellis Parker

By: _____ member
Print name **Ellis Stuart Parker**

**Fill in this information to identify the case:**

Debtor name    **Jefferson-11th Street, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2022**            *X* **/s/ Francis Hill Parker**
                                            Signature of individual signing on behalf of debtor

                                            **Francis Hill Parker**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Jefferson-11th Street, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLUMBIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brett LLC 10910 Ted Barclay Lane Bristow, VA 20136** | | Loan | | | | $18,374.00 |
| **2724 11th Street Tenants NW Tenants Association, Inc. c/o Rosa Evergreen, Esq. 601 Massachusetts Ave, NW Washington, DC 20001** | | Tenant Association Claims | Contingent Unliquidated Disputed | | | $0.00 |
| **Ana E De Benite c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | Tenancy Related Claims | Unliquidated Disputed | | | $0.00 |
| **Benjamin Gilmore The Gilmore Law Firm 1702 Seaton Street, NW Washington, DC 20009** | | Receiver | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

Debtor   **Jefferson-11th Street, LLC**                                     Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bertin Noe Pavon Ramos c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |
| **Blumenthal, Cordone & Erklauer 7325 Georgia Ave NW Washington, DC 20012** | | **Legal Fees** | | | | **$0.00** |
| **Catherine Jean Krizan c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |
| **Dereje F. Abebe c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |
| **Inman Kaminow P.C. 9200 Corporate Blvd., STE 480 Rockville, MD 20850** | | **Legal services** | | | | **$0.00** |
| **Jose A. Nolasco-Garcia c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Jefferson-11th Street, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jose Moris Zelaya c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |
| **Latino Economic Development Corporation of Washington DC 641 S Street NW Washington, DC 20001** | | **TOPA** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Magdaleno Benitez Andrade c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |
| **Mauricio Canales c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |
| **Muhammad M. Jallow c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Jefferson-11th Street, LLC** | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Napoleon Del Cid Cedillos c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |
| **PEPCO Correspondence Section 701 Ninth Street, NW Washington, DC 20068-0001** | | **Utility** | | | | **$0.00** |
| **Rigoberto Salguero Ramos c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |
| **Rosa A. Ramos DeBonilla c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |
| **Valentin Escobar c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | | **Tenancy Related Claims** | **Unliquidated Disputed** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name    **Jefferson-11th Street, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $    **5,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................... $    **531,267.15**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $    **5,531,267.15**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **1,165,378.56**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    **765,990.34**

4.  Total liabilities ...........................................................................................................................
    Lines 2 + 3a + 3b                    $    **1,931,368.90**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Jefferson-11th Street, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number *(if known)* _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank Account held by Receiver (estimated amount remaining as of January 31, 2022)** | **Unknown** | | **$531,267.15** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $531,267.15 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Jefferson-11th Street, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.        Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2724 11th Street, NW, Washington, DC 20001** | **Fee Simple** | **$0.00** | **BPO** | **$5,000,000.00** |

| 56. | **Total of Part 9.** | **$5,000,000.00** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

**57.        Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.        Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Jefferson-11th Street, LLC**                                    Case number *(If known)* _____
_____
Name

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|  | **SCF Management** | **Unknown** |
|  | **Nature of claim** Negligence | |
|  | **Amount requested** $950,000.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Jefferson-11th Street, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $531,267.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $5,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $531,267.15 | + 91b. $5,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,531,267.15 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Jefferson-11th Street, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ana M. Ascencio-Velasquez**<br>Creditor's Name<br>**c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**2724 11th Street, NW, Washington, DC 20001**<br><br><br>**Describe the lien**<br>**Judgment (does not include interest)**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$269,217.30** | **$5,000,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. DC Goverment**<br>**2. District of Columbia**<br>**3. Paul G. Compton**<br>**4. Ana M. Ascencio-Velasquez**<br>**5. Rosetta M. Archie**<br>**6. Maria Torres**<br>**7. Efrain Espinal** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| **2.2** **DC Goverment**<br>Creditor's Name<br>**Office of Tax and Revenue P.O. Box 98095 Washington, DC 20090-8095**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2724 11th Street, NW, Washington, DC 20001**<br><br><br>**Describe the lien**<br>**Real Estate Taxes** | **$246,669.74** | **$5,000,000.00** |

Debtor    **Jefferson-11th Street, LLC**                                    Case number (if known) _____
_____
Name

| | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9845** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.3 | **District of Columbia** | Describe debtor's property that is subject to a lien | $649,491.52 | $5,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2724 11th Street, NW, Washington, DC 20001** | | |
| | **400 6th Street, NW** | | | |
| | **10th Floor** | | | |
| | **Washington, DC 20001** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Judgment** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **9/28/21** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☐ No | Check all that apply | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | **Specified on line 2.1** | ■ Disputed | | |

---

| 2.4 | **Efrain Espinal** | Describe debtor's property that is subject to a lien | **Unknown** | $5,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2724 11th Street, NW, Washington, DC 20001** | | |
| | **c/o Rosa Evergreen, Esq.** | | | |
| | **Arnold Porter Kaye Scholer** | | | |
| | **601 Massachusetts Ave, NW** | | | |
| | **Washington, DC 20001** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Judgment (co-plaintiff with Ana M. Ascensio-Velasquez)** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |

Debtor    **Jefferson-11th Street, LLC**
_____          Case number (if known) _____
Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Maria Torres** | Describe debtor's property that is subject to a lien | **Unknown** | **$5,000,000.00** |

Creditor's Name

**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave,**
**NW**
**Washington, DC 20001**

**2724 11th Street, NW, Washington, DC 20001**

Creditor's mailing address

**Describe the lien**
**Judgment (co-plaintiff with**
**Ascenscio-Velasquez)**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Paul G. Compton** | Describe debtor's property that is subject to a lien | **Unknown** | **$5,000,000.00** |

Creditor's Name

**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave,**
**NW**
**Washington, DC 20001**

**2724 11th Street, NW, Washington, DC 20001**

Creditor's mailing address

**Describe the lien**
**Judgment (co-plaintiff with**
**Ascenscio-Velasquez)**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Rosetta M. Archie** | Describe debtor's property that is subject to a lien | **$0.00** | **$5,000,000.00** |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Jefferson-11th Street, LLC**

Name

Case number *(if known)*

Creditor's Name

**c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave,
NW
Washington, DC 20001**

**2724 11th Street, NW, Washington, DC 20001**

Creditor's mailing address

Describe the lien

**Judgment (co-plaintiff with
Ascenscio-Velasquez)**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,165,378.5
6**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Nicole S. Hill
Assistant Attorney General
400 6th Street, NW
10th Floor
Washington, DC 20001** | Line __2.3__ | |
| **Rosa J. Evergreen
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001** | Line __2.3__ | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Jefferson-11th Street, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF COLUMBIA**

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
|  | **2724 11th Street Tenants NW Tenants Association, Inc. c/o Rosa Evergreen, Esq. 601 Massachusetts Ave, NW Washington, DC 20001** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |  |
|  | Date(s) debt was incurred __ | **Basis for the claim:** <u>Tenant Association Claims</u> |  |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
|  | **Ana E De Benite c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |  |
|  | Date(s) debt was incurred __ | **Basis for the claim:** <u>Tenancy Related Claims</u> |  |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
|  | **Ana Vasquez c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |  |
|  | Date(s) debt was incurred __ | **Basis for the claim:** <u>Tenancy Related Claims</u> |  |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
|  | **Benjamin Gilmore The Gilmore Law Firm 1702 Seaton Street, NW Washington, DC 20009** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |  |
|  | Date(s) debt was incurred __ | **Basis for the claim:** <u>Receiver</u> |  |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |  |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                29742                Best Case Bankruptcy

| Debtor | **Jefferson-11th Street, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Bertin Noe Pavon Ramos**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Tenancy Related Claims__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6** | Nonpriority creditor's name and mailing address

**Blumenthal, Cordone & Erklauer**
**7325 Georgia Ave NW**
**Washington, DC 20012**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Fees__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7** | Nonpriority creditor's name and mailing address

**Brett LLC**
**10910 Ted Barclay Lane**
**Bristow, VA 20136**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$18,374.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Catherine Jean Krizan**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Tenancy Related Claims__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.9** | Nonpriority creditor's name and mailing address

**Dereje F. Abebe**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Tenancy Related Claims__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10** | Nonpriority creditor's name and mailing address

**Ellis J. Parker**
**2165 Ibis Isle Rd**
**Apt. 9**
**Palm Beach, FL 33480**

Date(s) debt was incurred __12/31/2014__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

**$26,370.52**

---

**3.11** | Nonpriority creditor's name and mailing address

**Ellis Stuart Parker**
**78 Lake Drive**
**Mountain Lakes, NJ 07046**

Date(s) debt was incurred __12/31/2013__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

**$85,319.01**

---

| Debtor | **Jefferson-11th Street, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$635,926.81**

**Francis Hill Parker**
**Ellis Hill Parker**
**Ellis Stuart Parker**
**221 Chineo Rd**
**Lexington, KY 40502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Inman Kaminow P.C.**
**9200 Corporate Blvd., STE 480**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose A. Nolasco-Garcia**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenancy Related Claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jose F. Arias**
**2724 11th Street, NW**
**Unit #11**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenancy Related Claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Moris Zelaya**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenancy Related Claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Latino Economic Development**
**Corporation of Washington DC**
**641 S Street NW**
**Washington, DC 20001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TOPA**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Magdaleno Benitez Andrade**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenancy Related Claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Jefferson-11th Street, LLC**    Case number (if known) _____
_____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mauricio Canales**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenancy Related Claims__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Muhammad M. Jallow**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenancy Related Claims__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Napoleon Del Cid Cedillos**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenancy Related Claims__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**PEPCO**
**Correspondence Section**
**701 Ninth Street, NW**
**Washington, DC 20068-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rigoberto Salguero Ramos**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenancy Related Claims__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rosa A. Ramos DeBonilla**
**c/o Rosa Evergreen, Esq.**
**Arnold Porter Kaye Scholer**
**601 Massachusetts Ave, NW**
**Washington, DC 20001**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenancy Related Claims__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | Jefferson-11th Street, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.25** | **Nonpriority creditor's name and mailing address**

Valentin Escobar
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Tenancy Related Claims

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**

WASA- DC Water
301 Bryant St, NW
Washington, DC 20001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**

Weiss Handler & Cornwell P.A.
2255 Glades Road Suite 205E
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

Yanira Menendez
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Tenancy Related Claims

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

Yosefe A. Akalu
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Tenancy Related Claims

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Rosa J. Evergreen
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001 | Line  3.1

☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor    **Jefferson-11th Street, LLC**                                 Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ _____ **765,990.34** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **765,990.34** |

**Fill in this information to identify the case:**

Debtor name   **Jefferson-11th Street, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Month to Month Lease**<br><br>**Ana E De Benite<br>c/o Rosa Evergreen, Esq.<br>Arnold Porter Kaye Scholer<br>601 Massachusetts Ave, NW<br>Washington, DC 20001** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Month to Month Lease**<br><br>**Ana M. Ascencio-Velasquez<br>c/o Rosa Evergreen, Esq.<br>Arnold Porter Kaye Scholer<br>601 Massachusetts Ave, NW<br>Washington, DC 20001** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Month to month Lease**<br><br>**Ana Vasquez<br>2724 11th Street, NW<br>Unit #25<br>Washington, DC 20001** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Month to Month Lease**<br><br>**Bertin Noe Pavon Ramos<br>c/o Rosa Evergreen, Esq.<br>Arnold Porter Kaye Scholer<br>601 Massachusetts Ave, NW<br>Washington, DC 20001** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Jefferson-11th Street, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease Cosigner** | |
|---|---|---|---|
| | State the term remaining | | **Catherine Jean Krizan** <br> **c/o Rosa Evergreen, Esq.** <br> **Arnold Porter Kaye Scholer** <br> **601 Massachusetts Ave, NW** <br> **Washington, DC 20001** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** | |
|---|---|---|---|
| | State the term remaining | | **Dereje F. Abebe** <br> **c/o Rosa Evergreen, Esq.** <br> **Arnold Porter Kaye Scholer** <br> **601 Massachusetts Ave, NW** <br> **Washington, DC 20001** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** | |
|---|---|---|---|
| | State the term remaining | | **Jose A. Nolasco-Garcia** <br> **c/o Rosa Evergreen, Esq.** <br> **Arnold Porter Kaye Scholer** <br> **601 Massachusetts Ave, NW** <br> **Washington, DC 20001** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month lease** | |
|---|---|---|---|
| | State the term remaining | | **Jose Arias** <br> **c/o Rosa Evergreen, Esq.** <br> **Arnold Porter Kaye Scholer** <br> **601 Massachusetts Ave, NW** <br> **Washington, DC 20001** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** | |
|---|---|---|---|
| | State the term remaining | | **Jose Moris Zelaya** <br> **c/o Rosa Evergreen, Esq.** <br> **Arnold Porter Kaye Scholer** <br> **601 Massachusetts Ave, NW** <br> **Washington, DC 20001** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** | |
|---|---|---|---|
| | State the term remaining | | **Magdaleno Benitez Andrade** <br> **c/o Rosa Evergreen, Esq.** <br> **Arnold Porter Kaye Scholer** <br> **601 Massachusetts Ave, NW** <br> **Washington, DC 20001** |
| | List the contract number of any | | |

| Debtor 1 | **Jefferson-11th Street, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
|---|---|---|
| | State the term remaining | **Maria Torres** |
| | List the contract number of any government contract | **c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
|---|---|---|
| | State the term remaining | **Mauricio Canales** |
| | List the contract number of any government contract | **c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
|---|---|---|
| | State the term remaining | **Muhammad M. Jallow** |
| | List the contract number of any government contract | **c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
|---|---|---|
| | State the term remaining | **Napoleon Del Cid Cedillos** |
| | List the contract number of any government contract | **c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
|---|---|---|
| | State the term remaining | **Paul G. Compton** |
| | List the contract number of any government contract | **c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** | **Rigoberto Salguero Ramos c/o Rosa Evergreen, Esq. Arnold Porter Kaye Scholer 601 Massachusetts Ave, NW Washington, DC 20001** |
|---|---|---|---|

Debtor 1    **Jefferson-11th Street, LLC**                                        Case number *(if known)*
_____
First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract    _____

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
| | State the term remaining | **Rosa A. Ramos DeBonilla**<br>**c/o Rosa Evergreen, Esq.**<br>**Arnold Porter Kaye Scholer**<br>**601 Massachusetts Ave, NW**<br>**Washington, DC 20001** |
| | List the contract number of any government contract | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
| | State the term remaining | **Rosetta M. Archie**<br>**c/o Rosa Evergreen, Esq.**<br>**Arnold Porter Kaye Scholer**<br>**601 Massachusetts Ave, NW**<br>**Washington, DC 20001** |
| | List the contract number of any government contract | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
| | State the term remaining | **Valentin Escobar**<br>**c/o Rosa Evergreen, Esq.**<br>**Arnold Porter Kaye Scholer**<br>**601 Massachusetts Ave, NW**<br>**Washington, DC 20001** |
| | List the contract number of any government contract | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
| | State the term remaining | **Yanira Menendez**<br>**c/o Rosa Evergreen, Esq.**<br>**Arnold Porter Kaye Scholer**<br>**601 Massachusetts Ave, NW**<br>**Washington, DC 20001** |
| | List the contract number of any government contract | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
| | State the term remaining | **Yosefe A. Akalu**<br>**c/o Rosa Evergreen, Esq.**<br>**Arnold Porter Kaye Scholer**<br>**601 Massachusetts Ave, NW**<br>**Washington, DC 20001** |
| | List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Jefferson-11th Street, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ellis J. Parker** | **2165 Ibis Isle Rd Apt. 9 Palm Beach, FL 33480** | **District of Columbia** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Francis Hill Parker** | **221 Chineo Rd Lexington, KY 40502** | **Brett LLC** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.3 | **SCF Management LLC** | **213 16th St, NE Washington, DC 20002** | **District of Columbia** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Stanley Ford** | **213 16th St, NE Washington, DC 20002** | **District of Columbia** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Jefferson-11th Street, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    _____

☐ Check if this is an
     amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

 ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
 Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

 ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
 List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

 ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
 List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

 ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
 List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Jefferson-11th Street, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **District of Columbia v.**<br>**Jefferson-11th Street, LLC**<br>**2017 CA 002837 2** | Civil | **District of Columbia**<br>**500 Indiana Avenue**<br>**Washington, DC 20001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Jefferson-11th Street, LLC vs.**<br>**District of Columbia, Et al.**<br>**1:19-cv-01416-CJN** | Takings | **U.S.D.C. for District of**<br>**Columbia**<br>**333 Constitution Avenue**<br>**Washington, DC 20001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Ana M. Ascencio-Velasquez**<br>**et al. vs. Jefferson-11th**<br>**Street, LLC**<br>**2016 CA 8084B** | Tenant claims | **D.C. Superior Court**<br>**500 Indiana Avenue**<br>**Washington, DC 20001** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **District of Columbia**<br>**400 6th Street, NW**<br>**10th Floor**<br>**Washington, DC 20001** | **2724 11th Street, Washington DC** | **$6,000,000.00** |
| | Case title<br>**DC vs. JEfferson-11th Street, LLC**<br>Case number<br>**2017 CA 2837 2**<br>Date of order or assignment<br>**11/17/17** | Court name and address<br>**D.C. Superior Court**<br>**500 Indiana Ave NW**<br>**Washington, DC 20001** |

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | **Jefferson-11th Street, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McNamee Hosea, P.A.**<br>**6411 Ivy Lane, Ste. 200**<br>**Greenbelt, MD 20770** | **Attorney Fees** | | **$35,000.00** |
| | Email or website address<br>**jnesse@mhlawyers.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Jefferson-11th Street, LLC**                                    Case number *(if known)* _____

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1433 T St, T10, NW Washington, DC 20009** | **2014-2020** |

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor    **Jefferson-11th Street, LLC**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number** Do not include Social Security number or ITIN. **Dates business existed** |
|---|---|---|

---

Debtor    **Jefferson-11th Street, LLC**                          Case number *(if known)* _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **SCF Management**<br>**213 16th St, NE**<br>**Washington, DC 20002** | **2014- 2022** |
| 26a.2. | **Schmede McCallister**<br>**515 N Flagler Dr, P300**<br>**West Palm Beach, FL 33401** | **2016- 2022** |
| 26a.3. | **Francis Hill Parker**<br>**221 Chinoe Rd**<br>**Lexington, KY 40502** | **2015- 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ellis J. Parker | 2165 Ibis Isle Rd<br>Apt. 9<br>Palm Beach, FL 33480 | Member | 1/3 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ellis Stuart Parker | 78 Lake Drive<br>Mountain Lakes, NJ 07046 | Member | 1/3 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Francis Hill Parker | 221 Chineo Rd<br>Lexington, KY 40502 | Member | 1/3 |

Debtor    **Jefferson-11th Street, LLC**                                   Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2022**

**/s/ Francis Hill Parker**                                   **Francis Hill Parker**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Columbia

In re __Jefferson-11th Street, LLC__          Case No. _____

                      Debtor(s)       Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ellis J. Parker**<br>**2165 Ibis Isle Rd**<br>**Apt. 9**<br>**Palm Beach, FL 33480** | | **1/3** | **Membership** |
| **Ellis Stuart Parker**<br>**78 Lake Drive**<br>**Mountain Lakes, NJ 07046** | | **1/3** | **Membership** |
| **Francis Hill Parker**<br>**221 Chineo Rd**<br>**Lexington, KY 40502** | | **1/3** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __March 31, 2022__          Signature __/s/ Francis Hill Parker__

                                                 **Francis Hill Parker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## LOCAL OFFICIAL FORM NO. 10

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

In re                                                                )
**Jefferson-11th Street, LLC**                                       )          Case No.
_____                             )
                                                                     )          Chapter  __11__
                                     Debtor(s).                      )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **Flat Fee**

   For legal services, I have agreed to accept _____      $  _____

   Prior to the filing of this statement I have received _____  $  _____

   Balance Due _____  $  _____

■  **Hourly Fee**

   For legal services, I have agreed to accept and received a retainer of _____  $         **35,000.00**

   The undersigned shall bill against the retainer at an hourly rate of _____  $              **0.00**
   [Or attach firm hourly rate schedule.] as such rate may change over time based on
   periodic increases.
   Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being
   approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and
   expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental
   Rule 2016(b) statement.

☐  ***Pro Bono* Representation**

 I have agreed to provide services without compensation

                    **********************************************************************

                    The debtor  ■   has    ☐   has not agreed to reimburse expenses.

2.   The source of the compensation paid to me was:

        ■  Debtor        ☐  Other (specify):

3.   The source of compensation to be paid to me is:

        ☐  Debtor        ■  Other (specify):   **$35,000.00 retainer paid by Debtor. $20,238.00 was deducted prior to petition
                                                being
                                                filed, for pre-filing invoices and the filing fee. $14,762.00 remains in trust as of
                                                filing of petition.**

3.   With respect to the compensation described herein:

■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
      **All legal services necessary in bankruptcy proceeding.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 31, 2022** | **/s/ Justin P. Fasano** |
| *Date* | **Justin P. Fasano** |
| | *Signature of Attorney* |
| | **McNamee Hosea,  P.A.** |
| | **6411 Ivy Lane, Ste. 200** |
| | **Greenbelt, MD 20770** |
| | **301-441-2420   Fax: 301-982-9450** |
| | **jfasano@mhlawyers.com** |
| | *Name of law firm* |

---

## United States Bankruptcy Court
### District of Columbia

In re   **Jefferson-11th Street, LLC** _____    Case No. _____

Debtor(s)     Chapter   **11**

## LIST OF CREDITORS AND MAILING MATRIX

1.      The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of   **6**   pages and a total of   **43**   entities listed.

2.      The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: __March 31, 2022__                    /s/ Francis Hill Parker
                                            **Francis Hill Parker/Managing Member**
                                            Signer/Title

2 of 2

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

2724 11th Street Tenants NW
Tenants Association, Inc.
c/o Rosa Evergreen, Esq.
601 Massachusetts Ave, NW
Washington, DC 20001


Ana E De Benite
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Ana M. Ascencio-Velasquez
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Ana Vasquez
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Ana Vasquez
2724 11th Street, NW
Unit #25
Washington, DC 20001


Benjamin Gilmore
The Gilmore Law Firm
1702 Seaton Street, NW
Washington, DC 20009


Bertin Noe Pavon Ramos
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001

Blumenthal, Cordone & Erklauer
7325 Georgia Ave NW
Washington, DC 20012


Brett LLC
10910 Ted Barclay Lane
Bristow, VA 20136


Catherine Jean Krizan
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


DC Goverment
Office of Tax and Revenue
P.O. Box 98095
Washington, DC 20090-8095


Dereje F. Abebe
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


District of Columbia
400 6th Street, NW
10th Floor
Washington, DC 20001


Efrain Espinal
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Ellis J. Parker
2165 Ibis Isle Rd
Apt. 9
Palm Beach, FL 33480

Ellis Stuart Parker
78 Lake Drive
Mountain Lakes, NJ 07046


Francis Hill Parker
Ellis Hill Parker
Ellis Stuart Parker
221 Chineo Rd
Lexington, KY 40502


Francis Hill Parker
221 Chineo Rd
Lexington, KY 40502


Inman Kaminow P.C.
9200 Corporate Blvd., STE 480
Rockville, MD 20850


Jose A. Nolasco-Garcia
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Jose Arias
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Jose F. Arias
2724 11th Street, NW
Unit #11
Washington, DC 20001


Jose Moris Zelaya
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001

Latino Economic Development
Corporation of Washington DC
641 S Street NW
Washington, DC 20001


Magdaleno Benitez Andrade
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Maria Torres
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Mauricio Canales
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Muhammad M. Jallow
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Napoleon Del Cid Cedillos
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Nicole S. Hill
Assistant Attorney General
400 6th Street, NW
10th Floor
Washington, DC 20001

Paul G. Compton
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


PEPCO
Correspondence Section
701 Ninth Street, NW
Washington, DC 20068-0001


Rigoberto Salguero Ramos
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Rosa A. Ramos DeBonilla
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Rosa J. Evergreen
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001


Rosetta M. Archie
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


SCF Management LLC
213 16th St, NE
Washington, DC 20002


Stanley Ford
213 16th St, NE
Washington, DC 20002

Valentin Escobar
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


WASA- DC Water
301 Bryant St, NW
Washington, DC 20001


Weiss Handler & Cornwell P.A.
2255 Glades Road Suite 205E
Boca Raton, FL 33431


Yanira Menendez
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001


Yosefe A. Akalu
c/o Rosa Evergreen, Esq.
Arnold Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001

# United States Bankruptcy Court
### District of Columbia

In re    **Jefferson-11th Street, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Jefferson-11th Street, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 31, 2022**

Date

/s/ Justin P. Fasano

**Justin P. Fasano**

Signature of Attorney or Litigant

Counsel for    **Jefferson-11th Street, LLC**

**McNamee Hosea,  P.A.**
**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
**301-441-2420 Fax:301-982-9450**
**jfasano@mhlawyers.com**