The order below is hereby signed.

Signed: May 25 2022



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| In re: | Case No. 22-00059-ELG |
|---|---|
| JEFFERSON-11th STREET, LLC | Chapter 11 |
| Debtor. | |

## ORDER

Upon consideration of the Motion to Shorten Time (the "<u>Motion</u>")[1] filed by Ana Ascencio, Rosetta Archie, Paul Compton (now deceased), and Maria Torres [Docket No. 50], which Motion relates to the Debtor's Motion for Relief from Stay regarding Continuation of Prosecution of Non-Bankruptcy Litigation [Docket No. 45]; upon review of the record herein, and in light of the good cause shown in the Motion, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

**ORDERED,** that the Motion is GRANTED; and it is further

**ORDERED,** that the Moving Creditors are supplemented to include Efrain Espinal; and it is further

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

**ORDERED**, that, to the extent necessary, the automatic stay is lifted as it relates to the Mold Litigation Appeal, which appeal by the Debtor and Ellis Parker of the Superior Court of the District of Columbia's opinion (Case No. 2016 CA 008084) is pending in the District of Columbia Court of Appeals (Case No. 20-cv-0519), and that the appeal may proceed, including with respect to argument scheduled on May 31, 2022 with regard to both the Debtor and Ellis Parker; and it is further

**ORDERED,** that this order shall be effective immediately and any stay pursuant to Fed. R. Bankr. Proc. 4001(a)(3) is hereby waived.

**END OF ORDER.**

I ask for this:

 /s/ *Rosa J. Evergreen*
Rosa J. Evergreen, DC Bar No. 500227
Blake Biles, DC Bar No. 441679
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
rosa.evergreen@arnoldporter.com
blake.biles@arnoldporter.com

*Counsel for Moving Creditors (Ana Ascencio, Rosetta Archie, Paul Compton (now deceased), Maria Torres and Efrain Espinal)*