The order below is hereby signed.

Signed: May 26 2022



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JEFFERSON-11TH STREET, LLC | ) Case No: 22-00059-ELG |
| | ) CHAPTER 11 |
| DEBTOR. | ) |
| | ) |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
TO CONTINUE PROSECUTION OF NON-BANKRUPTCY LITIGATION**

This matter came before the Court on the *Motion for Relief from the Automatic Stay to Continue Prosecution of Non-Bankruptcy Litigation* (the "Motion")[1] filed by 2724 11th Street NW Tenants' Association, Inc. (the "Tenants' Association"), seeking to lift the automatic stay to allow for the filing and prosecution of the Attorneys' Fees Motion in the DCCA. Upon consideration of the Motion, along with any opposition filed thereto, and finding good cause and it appearing that the relief requested is warranted, it is hereby

**ORDERED**, that the Motion is **GRANTED** in its entirety; and it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, that the automatic stay is lifted to allow the Tenants' Association to file and prosecute the Attorneys' Fees Motion in the DCCA; *provided*, that the Tenants' Association will stipulate to the DCCA and support setting the Debtor's response deadline to the Attorneys' Fees Motion as the earlier of (a) 10 days after entry of an order in the Debtor's chapter 11 case (1) dismissing the chapter 11 case, (2) confirming a chapter 11 plan, or (3) approving a sale of the Property, (b) 60 days after entry of an order in the Debtor's chapter 11 case appointing a chapter 11 trustee, and (c) October 1, 2022; and it is further

**ORDERED,** that this order shall be effective immediately and any stay pursuant to Fed. R. Bankr. Proc. 4001(a)(3) is hereby waived.

### END OF ORDER

<u>**WE ASK FOR THIS**</u>

/s/ *Amanda P. Reeves*
Amanda P. Reeves, DC Bar No. 496338
Clayton D. LaForge, DC Bar No. 1033938
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
amanda.reeves@lw.com
clayton.laforge@lw.com

Peter Gilhuly
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
peter.gilhuly@lw.com
*Counsel for 2724 11th Street NW Tenants' Association, Inc.*

<u>**SEEN AND NO OBJECTION**</u>

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.

6411 Ivy Lane, Suite 200  
Greenbelt, Maryland 20770  
(301) 441-2420  
jnesse@mhlawyers.com  
jfasano@mhlawyers.com  
*Counsel to the Debtor*

Copies to:

Office of the United States Trustee  
1725 Duke Street  
Alexandria, VA 22314