Rosa Evergreen (DC Bar # 500227)
Anna K. Thompson (DC Bar # 989038)
Blake Biles (DC Bar # 441679)
Matthew T. Scarvie (DC Bar #1618817)
Arnold & Porter Kay Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
rosa.evergreen@arnoldporter.com
anna.thompson@arnoldporter.com
matthew.scarvie@arnoldporter.com

- and-

Peter Gilhuly
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
(213) 485-1234
peter.gilhuly@lw.com

*Counsel for 2724 11th St. N.W. Tenants' Association*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>JEFFERSON-11 STREET, LLC,<br><br>Debtor. | Case No. 22-00059-ELG<br><br>Chapter 11 |

**PRAECIPE**

**TO THE CLERK OF THE COURT:**

Please forward the attached *Motion of the 2724 11th Street NW Tenants' Association, Inc. for an Order Directing Production of Documents and Examinations Pursuant to Bankruptcy Rule 2004*

and proposed Order to Chambers for a ruling without awaiting a response pursuant to Local Bankruptcy Rule 2004-1.

Dated: June 9, 2022

Respectfully submitted,

By: /s/ *Rosa J. Evergreen*
Rosa Evergreen (DC Bar # 500227)
Anna K. Thompson (DC Bar # 989038)
Blake Biles (DC Bar # 441679)
Matthew T. Scarvie (DC Bar #1618817)
Arnold & Porter Kay Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
rosa.evergreen@arnoldporter.com
anna.thompson@arnoldporter.com
matthew.scarvie@arnoldporter.com

- and-

Peter Gilhuly
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
(213) 485-1234
peter.gilhuly@lw.com

*Counsel for 2724 11th St. N.W. Tenants' Association*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on June 9, 2022 and on the following by overnight mail:

Ellis J. Parker
2165 Ibis Isle Rd
Apt. 9
Palm Beach, FL 33480-5366

Jefferson-11th Street, LLC
Francis Hill Parker
124 Kentucky Ave
Lexington, KY 40502-1755

Francis Hill Parker
221 Chineo Rd
Lexington, KY 40502-1921

Ellis Stuart Parker
78 Lake Drive
Mountain Lakes, NJ 07046-1646

Jennifer Parker
78 Lake Drive
Mountain Lakes, NJ 07046-1646

Jennifer M Reik
223 Boulevard
Mountain Lakes, NJ 07046

Stanley Ford
213 16th St, NE
Washington, DC 20002-6537

SCF Management LLC
213 16th St, NE
Washington, DC 20002-6537

SFC Management, LLC
Stanley Ford
5819 Old Crain Highway
Upper Marlboro, MD 20772

Stanley Ford
1433 T. Street NW, Apt. 101
Washington, DC 20009

The BARAC Co.
Jefferson-11th Street LLC
6901 4th Street, NW
Washington, DC 20012

Jefferson-11th Street, LLC
Francis Hill Parker
213 16th St, NE
Washington, DC 20002

By: /s/ *Rosa J. Evergreen*
Rosa Evergreen (DC Bar #500227)