**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **JEFFERSON-11TH STREET, LLC,** | **Case No. 22-00059 - ELG** |
| **Debtor.** | **Chapter 11** |

# THE ACTING UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LISTS IN SUPPORT OF HIS MOTION TO DISMISS, OR, IN THE ALTERNATIVE, DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

## Witness List

1. Francis Hill Parker
2. Benjamin Gilmore, Receiver
3. Any witness listed on the Witness List of Jefferson-11th Street, LLC
4. Any witness listed on the Witness List of the District of Columbia
5. Any witness listed on the Witness List of the Tenants Association

## Exhibit List

| Exhibit | Description | Admitted |
|---|---|---|
| UST Exhibit 1 | Bankruptcy Court Docket Case No. 22-59-ELG | |
| UST Exhibit 2 | Chapter 11 Voluntary Petition and Schedules (**Doc. No. 1**) | |
| UST Exhibit 3 | Amended Schedules and Statements (**Doc. No. 11**) | |
| UST Exhibit 4 | March 2022 Monthly Operating Report (**Doc. No. 39**) | |
| UST Exhibit 5 | April 2022 Monthly Operating Report (**Doc. No. 66**) | |
| UST Exhibit 6 | Amended Schedules E/F Doc. (**Doc. No. 67**) | |

| | | |
|---|---|---|
| UST Exhibit 7 | Amended Statement of Financial Affairs (**Doc. No. 68**) | |
| UST Exhibit 8 | Jefferson 11th Street LLC Insider Notes (**Attached**) | |
| UST Exhibit 9 | November 17, 2017 Order Appointing Receiver (**Doc. 97-1**) | |
| UST Exhibit 10 | Final Order, District of Columbia Office of Administrative Hearings, 2724 11th Street NW Tenants' Association, Inc. v. Jefferson 11th Street, LLC and SCF Management LLC, 2015-DHCD-TP 30,690 dated May 11, 2017 **(Doc. Nos. 36-2 and 36-3)** | |
| UST Exhibit 11 | RH-TP-15-30,690 *SCF Management and Jefferson 11th Street, LLC, Appellants v. 2724 11th Street, NW Tenants' Association, Inc., Appellees*, Decision and Order of the District of Columbia Rental Housing Commission dated February 18, 2020 **(Doc. No. 36-1)** | |
| UST Exhibit 12 | No. 20-AA-0272, May 13, 2022 Court of Appeals Decision Affirming Decision of the District of Columbia Rental Housing Commission RH-TP-15-30, 690 (**Attached**) | |
| UST Exhibit 13 | January 2, 2018 Report of the Receiver and February 9, 2018 Supplement **(Doc. No. 36-8)** | |
| UST Exhibit 14 | D.C. Superior Court Judge Pan's July 23, 2020 Order granting Plaintiffs' Motion for Summary Judgment in *Ana Ascencio, et al. v. Jefferson 11th Street, LLC, et al.*, Case Nos. 2016 CA 8084 B & 2017 CA 2837 2 **(Doc. No. 36-4)** | |
| UST Exhibit 15 | D.C. Superior Court Judge Epstein's Judgment and Injunctive Order dated September 28, 2021 *District of Columbia v. Jefferson 11th Street LLC, et al.*, Case 2017 CA 002837 2 Consolidated with 2016 CA 008084 B **(Doc. No. 33-16)** | |
| UST Exhibit 16 | April 21, 2022 Email from Benjamin Gilmore **(Doc. No. 42)** | |
| UST Exhibit 17 | Copies of the September 20, 29 and October 27, 2017 hearing transcripts in the Receivership Action (**Doc. No. 36-6**) | |

| | | |
|---|---|---|
| UST Exhibit 18 | Marketing Materials for Sale of Debtor's Property **(Doc. No. 103-2)** | |
| UST Exhibit 19 | Marketing Email for Sale of Debtor's Property **(Attached)** | |
| UST Exhibit 20 | 2013 Biennial Report for Jefferson-11th Street LLC **(Attached)** | |
| UST Exhibit 21 | 2015 Biennial Report for Jefferson-11th Street LLC **(Attached)** | |
| UST Exhibit 22 | 2017 Biennial Report for Jefferson-11th Street LLC **(Attached)** | |
| UST Exhibit 23 | 2019 Biennial Report for Jefferson-11th Street LLC **(Attached)** | |
| UST Exhibit 24 | 2021 Biennial Report for Jefferson-11th Street LLC **(Attached)** | |
| UST Exhibit 25 | Jefferson-11th Street LLC v. SCF Management LLC, Case No. 482034V, Cir. Crt. Mont. County, Md. Docket **(Attached)** | |
| UST Exhibit 26 | Complaint Jefferson-11th Street LLC v. SCF Management LLC, Case No. 482034V Cir. Crt. Montgomery County 5/8/2020 **(Attached)** | |
| UST Exhibit 27 | April 20, 2022 Order of the Superior Court Memorializing March 10, 2022 Oral Ruling in Receivership Action **(Doc. No. 36-19)** | |
| UST Exhibit 28 | June 29, 2017 Order of the Superior Court consolidating the Receivership Action with the Tenants' Association Mold Litigation Case (**Doc. No. 36-5**) | |
| UST Exhibit 29 | March 30, 2018 Consent Order re payment of Abatement Plan (**Doc. No. 36-9**) | |
| UST Exhibit 30 | February 12, 2019 Receiver's Amended Relocation Budget (**Doc. No. 36-10**) | |
| UST Exhibit 31 | May 30, 2019 Order Approving Receiver's Amended Relocation Budget (**Doc. No. 36-11**) | |

| | | |
|---|---|---|
| UST Exhibit 32 | May 29, 2018 Order of Superior Court finding individual liability of Ellis Parker (**Doc. No. 36-13**) and incorporating by reference the proposed findings of fact and conclusions of law submitted by the District of Columbia on February 9, 2018 (**Doc. No. 36-12**) | |
| UST Exhibit 33 | Transcript of September 19, 2019 hearing before Judge Pan of the Superior Court (**Doc. No. 36-16**) | |
| UST Exhibit 34 | Transcript of August 26, 2021 hearing before Judge Pan of the Superior Court on the District's Motion for permanent injunctions against the Debtor, SCF Management and Ellis Parker (**Doc. No. 36-17**) | |
| UST Exhibit 35 | May 13, 2022 and May 24, 2022 emails from Rosa Evergreen to Debtor's Counsel regarding service/notice list issues **(Attached)** Correspondence not relevant to the issue has been redacted. | |

The Acting United States Trustee for Region 4, by and through his undersigned counsel, reserves the right to supplement his Witness and Exhibit Lists prior to the June 16, 2022 hearing.

June 14, 2022

JOHN P. FITZGERALD, III
ACTING U.S. TRUSTEE, REGION 4

By: *_/s/ Kristen S. Eustis_*

Kristen S. Eustis (DC Bar No. MD28984)
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2022, a true copy of the foregoing was served on the following persons by notice of electronic filing, as indicated below:

By this Court's CM/ECF:

- **Nancy L. Alper** nancy.alper@dc.gov
- **Carol S. Blumenthal** CBlumenthal@blumcordlaw.com, kparker@blumcordlaw.com
- **Kristen S. Eustis** Kristen.S.Eustis@usdoj.gov
- **Rosa J. Evergreen** rosa.evergreen@aporter.com, ecf-a6608983ebb8@ecf.pacerpro.com,maousbccourts@arnoldporter.com,edockets calendaring@arnoldporter.com
- **Justin Philip Fasano** jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com
- **Benjamin Gilmore** bgilmore@gilmorelaw.us
- **Emil Hirsch** ehirsch@carltonfields.com, doevans@carltonfields.com;wdcecf@cfdom.net;dmcneil@carltonfields.com
- **Janet M. Nesse** jnesse@mhlawyers.com, jfasano@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;nesse.janetr92003@notify.bestcase.com
- **Janet M. Nesse** jnesse@mhlawyers.com, sgoldberg@mhlawyers.com;ssmentkowski@mhlawyers.com;jnesse@ecf.inforuptcy.com;smilner@mhlawyers.com;kjarboe@mhlawyers.com;tmackey@mhlawyers.com
- **Amanda P. Reeves** amanda.reeves@lw.com
- **U. S. Trustee for Region Four** USTPRegion04.DC.ECF@USDOJ.GOV

*/s/ Kristen S. Eustis*

Kristen S. Eustis
Trial Attorney