**Nancy L. Alper, Bar No. 411324**
**Senior Assistant Attorney General**
**Office of the Attorney General**
**for the District of Columbia**
**400 6th Street, N.W., 9th Floor**
**Washington, DC 20001**
**Tel: (202) 724-8122**
**Email: Nancy.alper@dc.gov**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In Re:**<br><br>**JEFFERSON – 11TH STREET, LLC,**<br><br>**Debtor.** | **Case No. 22-00059-ELG**<br>**(Chapter 11)** |

**DISTRICT OF COLUMBIA'S REQUEST FOR TAKING JUDICIAL NOTICE OF FILINGS IN DEBTOR'S 2017 RECEIVERSHIP PROCEEDING AND ACCORDING PRECLUSIVE EFFECT AND FULL FAITH AND CREDIT TO SUPERIOR COURT LITIGATION AND ORDERS PURSUANT TO 28 U.S.C. § 1738**

**COMES NOW** District of Columbia ("District"), by and through the Office of the Attorney General for the District of Columbia, and files its Request for Taking Judicial Notice of Filings in Debtor's 2017 Receivership Proceeding and According Preclusive Effect and Full Faith and Credit to Superior Court Litigation and Orders Pursuant to 28 U.S.C. § 1738. In support whereof, the District states as follows:

(1) Pursuant to Federal Rule of Evidence 201, Fed. R. Evid. 201, the District requests that the Court take judicial notice of the docket and all documents, including Court Orders, filed in

Debtor Jefferson-11th Street's 2017 Receivership proceeding, Superior Court Case No. 2017 CA 002837 2. The docket is attached as Exhibit No. 1.

(2) As set forth in Rule 201 of the Federal Rules of Evidence, Fed. R. Evid. 201(b), a court may take judicial notice of facts "not subject to reasonable dispute" because they are either: "(1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Judicial notice may be taken at any stage in a proceeding. Fed. R. Evid. 201(d).

(3) It is generally accepted that a bankruptcy judge may take judicial notice of related proceedings. As the court stated in *State of Florida v. Charley Toppino & Sons, Inc.*, 514 F.2d 700, 704 (5th Cir. 1975), "It is not error . . . for a court to take judicial notice of related proceedings and records in cases before that court."

(4) It is also generally accepted that a bankruptcy judge may accord full faith and credit to state court proceedings when the party against whom the earlier decision is asserted has had a full and fair opportunity to litigate the claim or issue pursuant to 28 U.S.C. § 1738. *Shepard v. Conklin (In re Shepard)*, 2009 Bankr. LEXIS 4533 (Bankr. 9th Cir. November 24, 2009).

WHEREFORE, the District hereby requests that this Honorable Court take judicial notice of the docket and Court Orders entered in Debtor Jefferson-11th Street's Receivership proceeding, Superior Court Case No. 2017 CA 002837 2. Further, the District requests that this Court accord full faith and credit to all proceedings, including the findings of fact, conclusions of law, and Orders set forth in *District of Columbia v. Jefferson-11th Street, LLC, et al.*, Case No. 2017 CA 002837 2, filed in the Superior Court of the District of Columbia pursuant to 28 U.S.C. § 1738.

Date: June 14, 2022.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

DAVID FISHER
Deputy Attorney General

/s/ William Burk
WILLIAM BURK, D.C. Bar No. 325274
Chief, Land Acquisition and Bankruptcy Section

/s/ Nancy L. Alper
NANCY L. ALPER, D.C. Bar No. 411324
Senior Assistant Attorney General
Land Acquisition and Bankruptcy Section
400 6th Street, N.W., 9th Floor
Washington, D.C. 20001
(202) 724-8122
nancy.alper@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2022, I caused a copy of the foregoing *Request for Taking Judicial Notice of Filings in Debtor's 2017 Receivership Proceeding and According Preclusive Effect and Full Faith and Credit to Superior Court Litigation and Orders Pursuant to 28 U.S.C. § 1738* to be filed and served electronically using the Court's ECF System.

/s/ Nancy L. Alper

NANCY L. ALPER, D.C. Bar No. 411324

# EXHIBIT NO. 1