# 2017 CA 002837 2 DISTRICT OF COLUMBIA Vs. JEFFERSON-11 STREET, LLC et al JJM

- Case Type:
- JIC 2
- Case Status:
- Open
- File Date:
- 04/24/2017
- Action:
- Miscellaneous Petition Filed
- Status Date:
- 04/24/2017
- Next Event:
- 07/21/2022

All Information | Party | Event | Docket | Receipt | Disposition

## Party Information

**DISTRICT OF COLUMBIA**
- Plaintiff

- Disposition
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- BERGER, JENNIFER L
- Attorney
- GUDGER, MONIQUE L
- Attorney
- HILL, NICOLE S
- Attorney
- LEWIS, JANEESE TYNIKA
- Attorney
- LUI, JOHN W
- Attorney
- MCINTYRE, J. KEVIN
- Attorney
- MEYER, MATTHEW W.

**JEFFERSON-11 STREET, LLC**
- Defendant

- Disposition
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- MARKETOS, JAMES L L
- Attorney
- NESSE, JANET M M
- Attorney
- SCHRAGER, RICHARD S
- Attorney
- STYLES, JEFFERY W

**SCF MANAGEMENT LLC**
- Defendant

- Disposition
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- SCHRAGER, RICHARD S
- Attorney
- STYLES, JEFFERY W

**FORD, Sr, STANLEY**
- Defendant

- Disposition

- Disp Date

**Alias**

**Party Attorney**
- Attorney
- SCHRAGER, RICHARD S
- Attorney
- STYLES, JEFFERY W

**PARKER, ELLIS J.**
- Defendant

- Disposition
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- MARKETOS, JAMES L L
- Attorney
- SCHRAGER, RICHARD S
- Attorney
- STYLES, JEFFERY W

**GLMORE, BENJAMIN**
- Receiver

- Disposition
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- PRO SE

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 04/27/2017 03:30 PM | DO NOT USE Judge In Chambers, Room 4103 | Status Hearing | Status Hearing Held | |
| 07/07/2017 11:30 AM | Courtroom 219 | Show Cause Hearing | Show Cause Hearing Vacated | |
| 07/14/2017 11:00 AM | Courtroom 415 | Show Cause Hearing | Show Cause Hearing Continued | PAN, FLORENCE Y |
| 07/27/2017 09:45 AM | Courtroom 415 | Show Cause Hearing | Show Cause Hearing Held | PAN, FLORENCE Y |
| 09/20/2017 09:30 AM | Courtroom 415 | Show Cause Hearing | Show Cause Hearing Held | PAN, FLORENCE Y |
| 09/26/2017 09:30 AM | Courtroom 415 | Show Cause Hearing | Show Cause Hearing Vacated | PAN, FLORENCE Y |
| 09/29/2017 11:00 AM | Courtroom 415 | Show Cause Hearing | Show Cause Hearing Held | PAN, FLORENCE Y |
| 10/06/2017 11:00 AM | Courtroom 415 | Show Cause Hearing | Show Cause Hearing Vacated | PAN, FLORENCE Y |
| 10/27/2017 11:30 AM | Courtroom 415 | Show Cause Hearing | Show Cause Hearing Held | PAN, FLORENCE Y |
| 11/17/2017 02:00 PM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 12/14/2017 02:30 PM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 01/22/2018 02:30 PM | Courtroom 415 | Motion Hearing | Motion Hearing Held | PAN, FLORENCE Y |
| 02/02/2018 02:00 PM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 03/23/2018 02:00 PM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 05/25/2018 02:00 PM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 06/18/2018 09:30 AM | Courtroom 415 | Show Cause Hearing | Show Cause Hearing Vacated | PAN, FLORENCE Y |

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 06/18/2018 09:30 AM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 06/18/2018 10:30 AM | Courtroom 415 | Status Hearing | Status Hearing Vacated | PAN, FLORENCE Y |
| 07/26/2018 11:00 AM | MEDIATION CENTER, 410 E Street, N.W., First Floor | Mediation Session (Civil 2) | Mediation Cancelled by Chambers | PAN, FLORENCE Y |
| 07/30/2018 09:30 AM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 09/13/2018 11:00 AM | MEDIATION CENTER, 410 E Street, N.W., First Floor | Mediation Session (Civil 2) | *Mediation Held/No Agreement Reached | PAN, FLORENCE Y |
| 09/14/2018 02:30 PM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 09/27/2018 09:00 AM | MEDIATION CENTER, 410 E Street, N.W., First Floor | Mediation Session (Civil 2) | *Mediation Held/No Agreement Reached | PAN, FLORENCE Y |
| 11/19/2018 09:30 AM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 01/30/2019 02:30 PM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 02/21/2019 09:30 AM | Courtroom 415 | Motion Hearing | Motion Hearing Vacated | PAN, FLORENCE Y |
| 02/21/2019 09:30 AM | Courtroom 415 | Status Hearing | Status Hearing Vacated | PAN, FLORENCE Y |
| 03/21/2019 09:30 AM | Courtroom 415 | Motion Hearing | Motion Hearing Continued With Consent Of Parties | PAN, FLORENCE Y |
| 04/18/2019 09:30 AM | Courtroom 415 | Motion Hearing | Motion Hearing Continued With Consent Of Parties | PAN, FLORENCE Y |
| 04/29/2019 10:00 AM | Courtroom 415 | Motion Hearing | Motion Hearing Continued With Consent Of Parties | PAN, FLORENCE Y |
| 05/29/2019 10:00 AM | Courtroom 415 | Motion Hearing | Motion Hearing Held | PAN, FLORENCE Y |
| 08/29/2019 02:30 PM | Courtroom 415 | Motion Hearing | Motion Hearing Held | PAN, FLORENCE Y |
| 09/04/2019 02:30 PM | Courtroom 415 | Motion Hearing | Motion Hearing Continued | PAN, FLORENCE Y |
| 09/19/2019 02:30 PM | Courtroom 415 | Motion Hearing | Motion Hearing Held | PAN, FLORENCE Y |
| 12/02/2019 09:30 AM | Courtroom 415 | Status Hearing | Status Hearing Vacated | PAN, FLORENCE Y |
| 01/06/2020 09:30 AM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 02/19/2020 02:30 PM | Courtroom 415 | Status Hearing | Status Hearing Held | PAN, FLORENCE Y |
| 03/19/2020 02:30 PM | Courtroom 415 | Status Hearing | Status Hearing Vacated | PAN, FLORENCE Y |
| 05/11/2020 02:30 PM | Courtroom 415 | Status Hearing | Status Hearing Vacated | PAN, FLORENCE Y |
| 08/12/2020 09:30 AM | Courtroom 415 | Status Hearing | Status Hearing Vacated | PAN, FLORENCE Y |
| 10/29/2020 09:30 AM | Courtroom 415 | Status Hearing | Status Hearing Vacated | PAN, FLORENCE Y |
| 12/10/2020 09:30 AM | Courtroom 415 | Motion Hearing | Event Cancelled | PAN, FLORENCE Y |
| 01/26/2021 09:30 AM | Courtroom 415 | Motion Hearing | Motion Hearing Held | PAN, FLORENCE Y |
| 03/30/2021 09:30 AM | Courtroom 415 | Non-Jury Trial | Event Cancelled | PAN, FLORENCE Y |
| 04/30/2021 10:00 AM | Courtroom 415 | Status Hearing | Status Hearing Vacated | PAN, FLORENCE Y |

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 08/20/2021 10:00 AM | Courtroom 415 | Status Hearing | Status Hearing Vacated | PAN, FLORENCE Y |
| 08/26/2021 09:30 AM | Courtroom 415 | Motion Hearing | Motion Hearing Held | PAN, FLORENCE Y |
| 09/23/2021 09:30 AM | Courtroom 415 | Motion Hearing | Event Cancelled | PAN, FLORENCE Y |
| 09/27/2021 02:30 PM | Courtroom 415 | Motion Hearing | Event Cancelled | PAN, FLORENCE Y |
| 11/04/2021 09:30 AM | Courtroom 519 | Motion Hearing | Motion Hearing Continued | PARK, JASON |
| 11/10/2021 09:30 AM | Courtroom 519 | Motion Hearing | Motion Hearing Held | PARK, JASON |
| 01/13/2022 10:00 AM | Courtroom 519 | Status Hearing | Status Hearing Held | PARK, JASON |
| 01/13/2022 10:00 AM | Courtroom 317 | Status Hearing | Status Hearing Vacated | PARK, JASON |
| 03/10/2022 10:00 AM | Courtroom 519 | Status Hearing | Status Hearing Held | PARK, JASON |
| 04/21/2022 10:00 AM | Courtroom 519 | Status Hearing | Status Hearing Held | PARK, JASON |
| 04/27/2022 09:30 AM | Courtroom 519 | Status Hearing | Status Hearing Held | PARK, JASON |
| 06/10/2022 11:00 AM | Courtroom 519 | Status Hearing | Status Hearing Held | PARK, JASON |
| 07/21/2022 10:00 AM | Courtroom 519 | Status Hearing | | PARK, JASON |

## Docket Information

| Date | *Docket Text* | *Image Avail.* |
|---|---|---|
| 10/21/2020 | Additional eFiling Document to Praecipe Attaching Exhibits E-G to District's Motion for Damages. Submitted 10/21/2020 22:29. kd<br>Attorney: HILL, NICOLE S (888324938)<br>NICOLE S HILL (Attorney) on behalf of DISTRICT OF COLUMBIA (Plaintiff) | Image |
| 11/18/2020 | Praecipe Attaching Replacement of Exhibit G to The District's Motion for Damages Filed. Submitted 11/18/2020 11:22. kd<br>Attorney: HILL, NICOLE S (888324938)<br>NICOLE S HILL (Attorney) on behalf of DISTRICT OF COLUMBIA (Plaintiff) | Image |
| 11/18/2020 | Additional eFiling Document to Praecipe Attaching Replacement of Exhibit G to The District's Motion for Damages. Submitted 11/18/2020 11:22. kd<br>Attorney: HILL, NICOLE S (888324938)<br>NICOLE S HILL (Attorney) on behalf of DISTRICT OF COLUMBIA (Plaintiff) | Image |
| 11/24/2020 | Defendants Consent Motion to Extend Time to Respond Submitted 11/24/2020 02:17AM. KM<br>Attorney: STYLES, Mr JEFFERY W (475264) Receipt: 463981 Date: 11/24/2020 | |
| 12/01/2020 | Order Granting Motion to Extend Time to Oppose Motion Entered on the Docket-SIGNED BY JUDGE FLORENCE PAN, E-FILED & E-SERVED 12/1/20. MWB | |
| 12/01/2020 | Event Resulted:<br>The following event: Motion Hearing scheduled for 12/10/2020 at 9:30 am has been resulted as follows:<br><br>Result: Event Cancelled<br>Judge: PAN, FLORENCE Y Location: Courtroom 415 | |
| 12/01/2020 | Order Granting Consent Motion to Extend Time to Reply and the Consent Motion to Continue Motion Hearing and Amend Scheduling Order Filed. Signe by Judge Pan and Submitted 12/01/2020 16:08. AV | Image |
| 12/04/2020 | Defendant's Motion for Extension of Time. Submitted 12/04/2020 22:30. AV<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); SCF MANAGEMENT LLC (Defendant); STANLEY FORD Sr (Defendant); ELLIS J. PARKER (Defendant); Receipt: 464483 Date: 12/07/2020 | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 12/07/2020 | Defendants' Response in Opposition to The District of Columbia's Motion for Damages Filed. Submitted 12/07/2020 03:35. ajm<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); SCF MANAGEMENT LLC (Defendant); STANLEY FORD Sr (Defendant); ELLIS J. PARKER (Defendant); | Image |
| 12/18/2020 | Plaintiff's Reply Brief Filed. submitted 12/18/2020 17:13. NB<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 12/18/2020 | Additional eFiling Document to Plaintiff's Reply Brief Filed. submitted 12/18/2020 17:13. NB<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 12/22/2020 | Order Granting Motion to Extend Time to Oppose Motion Entered on the Docket-SIGNED BY JUDGE FLORENCE PAN, E-FILED & E-SERVED 12/22/20. MWB | |
| 12/22/2020 | Order Granting Motion to Extend Time to Oppose Motion. Signed by J/Pan. Submitted 12/22/2020 10:35AM. TM | Image |
| 01/26/2021 | Event Resulted:<br>The following event: Motion Hearing scheduled for 01/26/2021 at 9:30 am has been resulted as follows:<br><br>Result: Motion Hearing Held (Courtsmart). Plaintiff's Counsel Wiseman, Hill, Defendant's Counsel Schrager, Styles, and Gilmore. Parties state they will work on a joint pretrial statement. Trial will be scheduled on damages. The Joint Pretrial Statement due on 02/26/21. Motion in Limine due on 02/26/21. Trial scheduled to begin on 03/30/21 at 9:30 a.m.<br><br>Judge: PAN, FLORENCE Y Location: Courtroom 415<br>BENJAMIN GLMORE (Receiver); ; Mr RICHARD S SCHRAGER (Attorney) on behalf of JEFFERSON-11 STREET, LLC, SCF MANAGEMENT LLC, STANLEY FORD Sr, ELLIS J. PARKER (Defendant); Mr JEFFERY W STYLES (Attorney) on behalf of JEFFERSON-11 STREET, LLC, SCF MANAGEMENT LLC, STANLEY FORD Sr, ELLIS J. PARKER (Defendant); BEN WISEMAN (Attorney) on behalf of DISTRICT OF COLUMBIA (Plaintiff); NICOLE S HILL (Attorney) on behalf of DISTRICT OF COLUMBIA (Plaintiff); Judge FLORENCE Y PAN | |
| 02/26/2021 | Joint Pretrial Statement Filed. submitted 02/26/2021 15:26. NB<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 03/24/2021 | Consent Motion to Cancel Hearing Set for March 30, 2021 and to Convert to Rulings on Briefs Submitted by Plaintiffs. Submitted 03/24/2021 10:22AM. TM<br>Attorney: SCHRAGER, Mr RICHARD S (349530) Receipt: 478233 Date: 08/26/2021 | Image |
| 03/24/2021 | Proposed Order: Hearing Set for March 30, 2021 be Canceled. Parties Will Meet and Confer to Provide a Briefing Schedule to Govern Future Proceedings. Submitted 03/24/2021 10:22AM. TM<br>Attorney: SCHRAGER, Mr RICHARD S (349530)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 03/26/2021 | Order Granting Motion TO VACATE TRIAL AND SET BRIEFING SCHEDULE Entered on the Docket-SIGNED BY JUDGE FLORENCE PAN, E-FILED & E-SERVED 3/26/21. MWB | |
| 03/26/2021 | Event Resulted:<br>The following event: Non-Jury Trial scheduled for 03/30/2021 at 9:30 am has been resulted as follows:<br><br>Result: Event Cancelled<br>Judge: PAN, FLORENCE Y Location: Courtroom 415 | |
| 03/26/2021 | Order Granting Convert to Rulings on Briefs Submitted by Plaintiffs. Signed by Judge Pan and Submitted 03/26/2021 07:28. AV | Image |
| 04/08/2021 | Joint Motion to Set Briefing Schedule Filed. Submitted 04/08/2021 20:04. ts.<br>Attorney: WISEMAN, BEN (1005442)<br>Attorney: HILL, NICOLE S (888324938)<br>Attorney: SCHRAGER, Mr RICHARD S (349530)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 04/08/2021 | Additional eFiling Document to Joint Motion to Set Briefing Schedule Filed. Submitted 04/08/2021 20:04. ts. | Image |
| 04/12/2021 | Order Granting JOINT Motion FOR BRIEFING SCHEDULE Entered on the Docket-SIGNED BY JUDGE FLORENCE PAN, E-FILED & E-SERVED 4/12/21. MWB | |
| 04/12/2021 | Event Resulted:<br>The following event: Status Hearing scheduled for 04/30/2021 at 10:00 am has been resulted as follows:<br><br>Result: Status Hearing Vacated<br>Judge: PAN, FLORENCE Y Location: Courtroom 415 | |
| 04/12/2021 | Order Granting Joint Motion to Set Briefing Schedule, Signed by J/Pan on April 12, 2021. Submitted 04/12/2021 08:28. DM | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 05/05/2021 | District of Columbia's Unopposed Motion to Amend Scheduling Order Filed. Submitted 05/05/2021 17:08. ts.<br>Attorney: WISEMAN, BEN (1005442)<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 05/05/2021 | Additional eFiling Document to District of Columbia's Unopposed Motion to Amend Scheduling Order Filed. Submitted 05/05/2021 17:08. ts. | Image |
| 05/07/2021 | Order Granting Motion to Extend BRIEFING SCHEDULE Entered on the Docket-SIGNED BY JUDGE FLORENCE PAN, E-FILED & E-SERVED 5/7/21. MWB | |
| 05/07/2021 | ORDERED that the Unopposed Motion to Amend Scheduling Order is GRANTED. Signed by Judge Pan on 05/07/2021. Submitted 05/07/2021 12:09. mq | Image |
| 05/14/2021 | The District of Columbia's Motion for Entry of Judgment and Memorandum of Points and Authorities in Support Filed. Submitted 05/14/2021 12:57. AV<br>Attorney: MEYER, MATTHEW W. (1045084)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 05/14/2021 | Additional eFiling Document to The District of Columbia's Motion for Entry of Judgment and Memorandum of Points and Authorities in Support Filed. Submitted 05/14/2021 12:57. AV<br>Attorney: MEYER, MATTHEW W. (1045084)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 05/14/2021 | Exhibit List Filed. submitted 05/14/2021 13:30. NB<br>Attorney: MEYER, MATTHEW W. (1045084)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 05/14/2021 | Additional eFiling Document to Exhibit List Filed. submitted 05/14/2021 13:30. NB<br>DISTRICT OF COLUMBIA (Plaintiff);<br>Attorney: MEYER, MATTHEW W. (1045084) | Image |
| 05/14/2021 | Praecipe Attaching District of Columbia's Exhibit 21-31 to the District's Motion for Entry of Judgment Filed. submitted 05/14/2021 13:46. TB<br>Attorney: WISEMAN, BEN (1005442)<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 05/14/2021 | Additional eFiling Document to Praecipe Attaching District of Columbia's Exhibit 21-31 to the District's Motion for Entry of Judgment Filed. submitted 05/14/2021 13:46. TB<br>Attorney: WISEMAN, BEN (1005442)<br>Attorney: HILL, NICOLE S (888324938) | Image |
| 05/14/2021 | Plaintiff's Unopposed Motion for Leave to File a Motion and Memorandum With Additional Pages Filed. submitted 05/14/2021 14:16. TB<br>Attorney: WISEMAN, BEN (1005442)<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 05/18/2021 | Order Granting Motion TO EXCEED PAGE LIMIT Entered on the Docket-SIGNED BY JUDGE FLORENCE PAN, E-FILED & E-SERVED 5/18/21. MWB | |
| 05/18/2021 | Order Granting Unopposed Motion for Leave to File a Motion and Memorandum with Additional Pages, Signed by J/Pan on May 18, 2021. Submitted 05/18/2021 11:27. DM | Image |
| 06/02/2021 | Status Report Filed. submitted 06/02/2021 11:20. NB<br>Attorney: GILMORE, Mr BENJAMIN S (465400)<br>BENJAMIN GLMORE (Receiver); | Image |
| 06/02/2021 | Additional eFiling Document to Status Report Filed. submitted 06/02/2021 11:20. NB<br>Attorney: GILMORE, Mr BENJAMIN S (465400)<br>BENJAMIN GLMORE (Receiver); | Image |
| 06/09/2021 | Defendants' Motion to Amend Scheduling Order Filed. Submitted 06/09/2021 11:41. AV<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); Receipt: 473978 Date: 06/11/2021 | Image |
| 06/11/2021 | Defendants' Opposition to District of Columbia's Motion for Entry of Judgment Filed. Submitted 06/11/2021 20:01. AV<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); SCF MANAGEMENT LLC (Defendant); STANLEY FORD Sr (Defendant); ELLIS J. PARKER (Defendant); | Image |
| 06/11/2021 | Additional eFiling Document to Defendants' Opposition to District of Columbia's Motion for Entry of Judgment Filed. Submitted 06/11/2021 20:01. AV<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); SCF MANAGEMENT LLC (Defendant); STANLEY FORD Sr (Defendant); ELLIS J. PARKER (Defendant); | Image |
| 06/14/2021 | Order Granting Motion to Extend Time to Oppose Motion Entered on the Docket-SIGNED BY JUDGE FLORENCE PAN, E-FILED & E-SERVED 6/14/21. MWB | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 06/14/2021 | Order SETTING MOTION HEARING Entered on Docket-SIGNED BY JUDGE FLORENCE PAN, E-FILED & E-SERVED 6/14/21. MWB | |
| 06/14/2021 | Event Resulted:<br>The following event: Status Hearing scheduled for 08/20/2021 at 10:00 am has been resulted as follows:<br><br>Result: Status Hearing Vacated<br>Judge: PAN, FLORENCE Y Location: Courtroom 415 | |
| 06/14/2021 | Order Granting Motion to Amend Scheduling Order. Signed by J/Pan. Submitted 06/14/2021 09:11. TM | Image |
| 06/14/2021 | Ordered that parties shall appear for a motion hearing on Thursday, August 26, 2021 at 9:30am on webex platform. Signed by J/Pan. Submitted 6/14/2021 11:52. TM | Image |
| 06/25/2021 | The District of Columbia's Reply Brief in Support of its Motion for Entry of Judgment Filed. Submitted 06/25/2021 14:15. AV<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 06/25/2021 | Additional eFiling Document to The District of Columbia's Reply Brief in Support of its Motion for Entry of Judgment Filed. Submitted 06/25/2021 14:15. AV<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 08/24/2021 | Praecipe Attaching Objections to Receiver's Fifth Six-Month Report Filed. Submitted 08/24/2021 18:48. kd<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>Mr JEFFERY W STYLES (Attorney) on behalf of JEFFERSON-11 STREET, LLC, SCF MANAGEMENT LLC, STANLEY FORD Sr, ELLIS J. PARKER (Defendant) | Image |
| 08/24/2021 | Additional eFiling Document to Praecipe Attaching Objections to Receiver's Fifth Six-Month Report. Submitted 08/24/2021 18:48. kd<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>Mr JEFFERY W STYLES (Attorney) on behalf of JEFFERSON-11 STREET, LLC, SCF MANAGEMENT LLC, STANLEY FORD Sr, ELLIS J. PARKER (Defendant) | Image |
| 08/25/2021 | Praecipe Filed submitted 08/25/2021 15:08pm. ae<br>Attorney: STYLES, Mr JEFFERY W (475264) | Image |
| 08/25/2021 | Additional eFiling Document to Praecipe Filed submitted 08/25/2021 15:08pm. ae<br>Attorney: STYLES, Mr JEFFERY W (475264) | Image |
| 08/25/2021 | Motion Filed to Terminate the Receivership submitted 08/25/2021 15:18pm. ae<br>Attorney: STYLES, Mr JEFFERY W (475264) Receipt: 478272 Date: 08/26/2021<br>Receipt 478272 reversed by 478676 on 09/01/2021.<br>Receipt 478234 reversed by 478677 on 09/01/2021. | Image |
| 08/26/2021 | Event Resulted:<br>The following event: Motion Hearing scheduled for 08/26/2021 at 9:30 am has been resulted as follows (WebEx 415):<br><br>OCR Jackie Wood participated in the scheduled hearing via WebEx. District of Columbia's Counsel Ben Wiseman participated in the scheduled hearing via WebEx. Defendant's Counsels Jeffery Styles and Richard Schraeger participated in the scheduled hearing via WebEx. Defendant Stanley Ford participated in the scheduled hearing via WebEx. Receiver Benjamin Gilmore participated in the scheduled hearing via WebEx. District of Columbia to file attorney's fees and costs with the Courts by 09/02/2021. Defendant to respond by 09/09/2021. Motion Hearing set for 09/23/2021 at 9:30 am by Judge Pan. Final judgment to be awarded once proposed order is filed and reviewed. District of Columbia's oral motion for extension of time to respond to the motion to terminate the receiver GRANTED by Judge Pan. Parties provided verbal notice of the future hearing date and deadlines on the record. YA<br><br>Result: Motion Hearing Held<br>Judge: PAN, FLORENCE Y Location: Courtroom 415 | |
| 09/02/2021 | District's Petition for Costs Filed. Submitted 09/02/2021 13:21. ts.<br>Attorney: WISEMAN, BEN (1005442)<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 09/02/2021 | Additional eFiling Document to District's Petition for Costs Filed. Submitted 09/02/2021 13:21. ts. | Image |
| 09/02/2021 | Praecipe Filed. submitted 09/02/2021 15:56. mw<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 09/09/2021 | Praecipe Attaching Proposed Judgement Filed. Submitted 09/09/2021 15:58. mq<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 09/09/2021 | Additional eFiling Document to Praecipe Attaching Proposed Judgement Filed. Submitted 09/09/2021 15:58. mq<br>Attorney: HILL, NICOLE S (888324938) | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 09/10/2021 | Amended Praecipe Attaching Proposed Judgement. Submitted 09/10/2021 14:16PM. km<br>Attorney: HILL, NICOLE S (888324938) | Image |
| 09/10/2021 | Additional eFiling Document to Amended Praecipe Attaching Proposed Judgement. Submitted 09/10/2021 14:16PM. km | Image |
| 09/10/2021 | The Districts Opposition to Defendants Motion to Terminate the Recievership. Submitted 09/10/2021 15:25PM. km<br>Attorney: HILL, NICOLE S (888324938) | Image |
| 09/10/2021 | Additional eFiling Document to The Districts Opposition to Defendants Motion to Terminate the Recievership. Submitted 09/10/2021 15:25PM. km | Image |
| 09/23/2021 | Event Resulted:<br>The following event: Motion Hearing scheduled for 09/23/2021 at 9:30 am has been resulted as follows:<br><br>Result: Event Cancelled<br>Judge: PAN, FLORENCE Y Location: Courtroom 415 | |
| 09/27/2021 | Event Resulted:<br>The following event: Motion Hearing scheduled for 09/27/2021 at 2:30 pm has been resulted as follows:<br><br>Result: Event Cancelled<br>Judge: PAN, FLORENCE Y Location: Courtroom 415 | |
| 09/27/2021 | Order Sua Sponte CONTINUING MOTION HEARING Entered on Docket-SIGNED BY JUDGE ANTHONY EPSTEIN, E-FILED & E-SERVED 9/27/21. MWB | |
| 09/27/2021 | Continued Motion Hearing Signed By J/Pan on 9/27/2021. Submitted 09/27/2021 12:39PM. PD | Image |
| 09/28/2021 | Judgment AND INJUNCTIVE ORDER- SIGNED BY JUDGE ANTHONY EPSTEIN, E-FILED & E-SERVED 9/28/21. MWB | |
| 09/28/2021 | Order Sua Sponte Judgment and Injunctive Order. Signed by Judge Epstein and Submitted 09/28/2021 15:00. AV | Image |
| 10/14/2021 | Judge Caseload Transfer<br>The judge was changed from PAN, FLORENCE Y to PARK, JASON | |
| 10/14/2021 | Order Entered on Docket Transferring Case from Calendar 9, Judge Pan - signed by Judge Epstein on 10 14 21 efiled/eserved and docketed on 10 14 21. mro | |
| 10/14/2021 | Order Signed by J/Epstein on 10/14/2021. Submitted f10/14/2021 17:08. ts. | Image |
| 10/27/2021 | Defendant's Consent Motion to Continue Filed. submitted 10/27/2021 20:40. mw<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); Receipt: 482028 Date: 10/29/2021 | Image |
| 10/27/2021 | Notice of Appeal Filed. Submitted 10/27/2021 22:08. kc.<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); Receipt: 482193 Date: 11/02/2021<br><br>Notice of Appeal filed by Jefferson-11 Street, LLC; on the orders entered on 11/17/2019, 12/21/2018, 5/29/2019, 9/19/2019, & 9/28/2021 ; emailed to the District Court of Appeals. | Image |
| 10/27/2021 | Additional eFiling Document to Notice of Appeal Filed. Submitted 10/27/2021 22:08. kc.<br>Attorney: STYLES, Mr JEFFERY W (475264) | Image |
| 11/01/2021 | Order Granting Motion to Continue Entered on the Docket. Signed in Chambers by Judge Park and E-filed on 11/1/2021. -JM | |
| 11/01/2021 | Event Resulted:<br>The following event: Motion Hearing scheduled for 11/04/2021 at 9:30 am has been resulted as follows:<br><br>Result: Motion Hearing Continued<br>Judge: PARK, JASON Location: Courtroom 519 | |
| 11/01/2021 | Order Granting Defendants Consent Motion to Continue signed by J/Park on 11/01/021 submitted on 11/01/2021 13:02PM. dd | Image |
| 11/10/2021 | Oral Ruling by Judge Park DENYING Defendant's Motion Filed to Terminate the Receivership Entered on the Docket | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 11/10/2021 | Event Resulted:<br>The following event: Motion Hearing scheduled for 11/10/2021 at 9:30 am has been resulted as follows (WebEx 519):<br><br>Result: Motion Hearing Held<br><br>District of Columbia's Counsels Nicole Hill and Benjamin Wiseman participated in the scheduled hearing via WebEx. Defendant's Counsels Richard Schraeger and Jeffrey Styles participated in the scheduled hearing via WebEx. Receiver Benjamin Gilmore and MGM Contractor Oscar Moringo participated in the scheduled hearing via WebEx. Motion Filed to Terminate the Receivership DENIED by Judge Park. Scope of work to be submitted to the parties, receiver, and courts by 12/10/2021. Status Hearing set for 01/13/2022 at 10:00 am in courtroom 317 in front of Judge Park. Parties provided verbal notice of future hearing dates and deadlines on the record. YA<br>Judge: PARK, JASON Location: Courtroom 519 | |
| 11/15/2021 | Order Sua Sponte Changing Courtroom Location of Status Hearing Entered on Docket. Signed in Chambers by Judge Park and E-filed on 11/15/2021. -JM | |
| 11/15/2021 | Event Resulted:<br>The following event: Status Hearing scheduled for 01/13/2022 at 10:00 am has been resulted as follows:<br><br>Result: Status Hearing Vacated<br>Judge: PARK, JASON Location: Courtroom 317 | |
| 11/15/2021 | Order Sua Sponte to Set Remote Hearing signed by Judge Park submitted 11/15/2021 19:04. kc. | Image |
| 12/03/2021 | Plaintiffs' Motion for Leave to Require Ellis J. Parker to Appear at Oral Examination with Financial Records Filed. Submitted 12/03/2021 13:22. DM<br>Attorney: PARISER, Mr DANIEL S S (464744)<br>Attorney: SWANSON, JOHN (1708630)<br>ANA ASCENCIO (Witness/NonParty); Receipt: 484086 Date: 12/06/2021 | Image |
| 12/22/2021 | Defendants' Opposition To Plaintiffs Ana Ascencio, et al Motion For Leave To Require Ellis J. Parker To Appear For At Oral Examination With Financial Records Filed. submitted 12/22/2021 23:25. NB<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); | Image |
| 12/23/2021 | Consent Motion for Extension of Time to file response to Plaintiff's Motion For Leave To Require Ellis J. Parker To Appear At<br>Oral Examination With Financial RecordsFiled. Submitted 12/23/2021 11:20.k c.<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); Receipt: 485255 Date: 12/27/2021 | Image |
| 12/30/2021 | Judge Caseload Transfer<br>The judge was changed from PARK, JASON to MCKENNA, JULIET . | |
| 01/03/2022 | Plaintiffs' Reply In Support Of Their Motion For Leave To Require Ellis J. Parker To Appear At Oral Examination With Financial Records Filed. submitted 01/03/2022 12:47. NB<br>Attorney: SWANSON, JOHN (1708630)<br><br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 01/05/2022 | Court of Appeals Order Entered on Docket. No. 21-CV-762. ORDERED that this appeal is hereby dismissed. | Image |
| 01/11/2022 | Court of Appeals Order Entered on Docket on 1/11/22. Nos. 21-CV-762. Ordered that the appellants' motion is granted and this appeal is hereby reinstated. It is Further Ordered that the Clerk shall file appellants lodged mediation screening statement. It is Further Ordered that this appeal shall be referred to the mediation coordinator for mediation screening. | Image |
| 01/13/2022 | Oral Ruling on Plaintiffs' Written Motion for Leave to Require Ellis J. Parker to Appear at Oral Examination with Financial Records Denied Without Prejudice by Judge McKenna in court and Entered on the Docket. sa | |
| 01/13/2022 | Event Resulted:<br>The following event: Status Hearing for 01/13/2022 at 10:00 am has been resulted as follows:<br><br>Result: Status Hearing Held. Courtsmart. Case heard in webex. Plaintiff atty. Nicole Hill present. Defense atty. Styles present. Mr. Ford, Mr. Gilmore present. Attorney Swanson present and atty. Biles present. MJM Contractor present. Court Denied Without Prejudice Plaintiff's Motion for Leave to Require Ellis J. Parker to Appear at Oral Examination with Financial Records. Parties discussed resolving the issues in the building. Parties agree that renovations need to start. Court has authorized the receiver to proceed with the construction plan. Mr. Gilmore will send a proposed draw schedule to the parties by 1/21/22 and attorney Hill will send a proposed order time line of the schedule payment for the building by 1/28/22. If defendants have any objection should be filed by 2/11/22. Status hearing continue to 3/10/22 at 10 am in courtroom 519. sa<br>Judge: MCKENNA, JULIET J Location: Courtroom 519 | |
| 01/18/2022 | Consent Order Granted and Entered on Docket on 1/18/22. Signed by Judge McKenna in Chambers on 1/18/22. Efiled and eserved 1/18/22. ry | |
| 01/18/2022 | Consent Order Granted. Signed by Judge Mckenna on 1/18/22 filed. Submitted on 01/18/2022 15:24PM. MV | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 01/28/2022 | Praecipe Attaching Proposed Order Submitted 01/28/2022 16:17PM. km<br>Attorney: HILL, NICOLE S (888324938) | Image |
| 01/28/2022 | Additional eFiling Document to Praecipe Attaching Proposed Order Submitted 01/28/2022 16:17PM. km | Image |
| 02/10/2022 | Defendants' Consent Motion to Extend Time to Respond Filed. Submitted 02/10/2022 17:09 .mq<br>Attorney: STYLES, Mr JEFFERY W (475264) Receipt: 487989 Date: 02/15/2022 | Image |
| 02/16/2022 | Consent Order to Extend Defendants Time to Respond and for good show cause Entered on Docket 2/16/22. Signed in Chambers 2/16/22 efiled and eserved. | |
| 02/16/2022 | Consent Order to Extend Defendants Time to Respond and for good Show Cause signed by Juliet J. McKenna on 2/16/22. Submitted 02/16/2022 10:31AM. MJ | Image |
| 02/22/2022 | Defendants' Consent Motion to Extend Time to Respond Filed. submitted 02/22/2022 18:23. mw<br>Attorney: STYLES, Mr JEFFERY W (475264)<br>JEFFERSON-11 STREET, LLC (Defendant); Receipt: 488536 Date: 02/25/2022 | Image |
| 03/02/2022 | Order Granting Consent Motion to Extend Defendants Time to Respond Entered on the Docket 3/2/22. Signed in hambers 3/2/22. Efiled and eserved 3/2/22RY | |
| 03/02/2022 | Receiver's Seventeeth Motion for Payment of Fees and Out of Pocket Expenses for Period of 8/15/2020 to 2/28/2022 Filed. Submitted 03/02/2022 13:06. mnq<br>Attorney: GILMORE, Mr BENJAMIN S (465400)<br>BENJAMIN GLMORE (Receiver); Receipt: 488932 Date: 03/03/2022 | Image |
| 03/02/2022 | Additional eFiling Document to Receiver's Seventeeth Motion for Payment of Fees and Out of Pocket Expenses for Period of 8/15/2020 to 2/28/2022 Filed. Submitted 03/02/2022 13:06. mnq<br>Attorney: GILMORE, Mr BENJAMIN S (465400) | Image |
| 03/02/2022 | Order Granting Consent Motion to Extend Defendants Time to Respond Entered on the Docket 3/2/22. Signed in hambers J/Parks on ae | Image |
| 03/10/2022 | Order Granting the Receivers Seventeenth Motion for Payment of Fees and Out of Pocket Expenses for the period of August 15, 2022 to February 28, 2022 Granted and Entered on the Docket 3/10/22. Signed in Chambers 3/10/22. Efiled and eserved 3/10/22RY | |
| 03/10/2022 | Event Resulted:<br>The following event: Status Hearing scheduled for 03/10/2022 at 10:00 am has been resulted as follows:<br><br>Result: Status Hearing Held. Courtsmart. Case heard in WebEx. Plaintiff atty. Nicole Hill present. Plaintiff atty. Mr. Wiseman present. Defense atty. Styles present. Mr. Ford and Mr. Gilmore the receiver present. Mr. Gilmore stated that he will complete the work that needs to be done. The first payment due by 4/8/22 and other payments due four weeks after. Mr. Styles received notice that the bond amount has been approved and will be posted. The bond is for this case and the consolidated case. Parties will submit a propose order. Status continue to 4/21/22 at 10am in courtroom 519. sa<br>Judge: MCKENNA, JULIET J Location: Courtroom 519 | |
| 03/10/2022 | Order Granting Motion for Payment of Fees and Out-of-Pocket Expenses for the Period of August 15, 2021 to February 28, 2022 submitted 03/10/2022 10:48. ajm. Signed by Judge McKenna on March 10, 2022. | Image |
| 03/17/2022 | Praecipe Attaching Proposed Order Filed. submitted 03/17/2022 17:42. mw<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 03/17/2022 | Additional eFiling Document to Praecipe Attaching Proposed Order Filed. submitted 03/17/2022 17:42. mw<br>Attorney: HILL, NICOLE S (888324938)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 04/06/2022 | Praecipe to Enter Appearance Filed. Submitted 04/06/2022 15:53PM. PD<br>Attorney: WEATHERINGTON, ARGATONIA D. (1021691)<br>DISTRICT OF COLUMBIA (Plaintiff); | Image |
| 04/20/2022 | Order Sua Sponte granting payments to the Receiver according to disbursement schedule Entered on Docket 4/20/22, Signed in Chambers 4/20/22, efiled & eserved and emailed to all parties per order.4/20/22 RY | |
| 04/20/2022 | Order Sua Sponte that Defendants shall make payments to the Receiver according to Disbursement Schedule signed by J/McKenna on 04/20/22. submitted 04/20/2022 12:10. mw | Image |
| 04/21/2022 | Event Resulted:<br>The following event: Status Hearing scheduled for 04/21/2022 at 10:00 am has been resulted as follows:<br><br>Result: Status Hearing Held Remotely. Plaintiff's counsel Nicole Hill and Jennifer Berger present via WebEx. Counsel Gilmore present as receiver for 2724 11TH STREET, NW TENANTS ASSOCIATION, INC. Counsel Biles present for tenants. Defendant Jefferson 11th Street LLC has filed for chapter 11 bankruptcy. Status hearing set for 4/27/2022 at 9:30 am.<br><br>Judge: MCKENNA, JULIET J Location: Courtroom 519 | |
| 04/26/2022 | Praecipe Of Substitute Of Appearance Of Counselor For Defendants Filed. Submitted 04/26/2022 11:47AM. PD<br>Attorney: PALMER, Mr MARK D D (395127) | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 04/27/2022 | Event Resulted:<br>The following event: Status Hearing scheduled for 04/27/2022 at 9:30 am has been resulted as follows:<br><br>Result: Status Hearing Held( Courtsmart 519 Webex) Attorney Nicole Hill present for the plaintiff. Attorney Janet Ness present. Attorney Styles present for defendant. Receiver Benjamin Gilmore present. Attorney Palmer present. Attorney Biles present. Parties discussed updates in the case. The bankruptcy case was filed this year. The receiver holds almost $500,000 in funds.Plaintiff's Attorney Hill stated the bond should not be approved.There will be a meeting of the creditors tomorrow. Attorney Nesse will brief the court about the meeting. Attorney Nesse to submit a report to the court on the status of the bankruptcy proceedings by May 23, 2022.Attorney Hill requested the defendant file a suggestion of bankrupcty so the district can file a response. Attorney Nesse to draft and submit the filing by Monday, May 9, 2022. Status Hearing is set for June 10, 2022 at 11:00am. Parties were verbally informed of the next hearing date in open court. mds<br>Judge: MCKENNA, JULIET J Location: Courtroom 519 | |
| 05/09/2022 | Praecipe to Withdraw Appearance Submitted 05/09/2022 14:49PM. km<br>Attorney: WISEMAN, BEN (1005442) | Image |
| 05/09/2022 | Suggestion of Bankruptcy Filed. Submitted 05/09/2022 16:57. kd<br>Attorney: NESSE, Ms JANET M M (358514)<br>Ms JANET M M NESSE (Attorney) on behalf of JEFFERSON-11 STREET, LLC (Defendant) | Image |
| 05/11/2022 | Praecipe to Withdraw Appearance Submitted 05/11/2022 15:43PM. km<br>Attorney: ROCK, JIMMY R (493521) | Image |
| 05/20/2022 | District of Columbias Praecipe in Response to Defendant Jefferson - 11th Street, LLC Suggestion of Bankruptcy and to File Exemption from Automatic Stay Submitted 05/20/2022 17:46PM. km<br>Attorney: WEATHERINGTON, ARGATONIA D. (1021691) | Image |
| 06/01/2022 | (FOR IMAGE SEE CASE 2016 CA 008084 B) Notice of Appeal Filed. Submitted 06/01/2022 14:12. CM<br>Attorney: STYLES, Mr JEFFERY W (475264) Receipt: 494378 Date: 06/02/2022<br><br>Notice of Appeal filed by defendant on the order entered on 5/29/18, 12/12/18, 5/29/19, 9/19/19, 11/17/19, and 9/28/21. ; emailed to the District Court of Appeals. DB | Image |
| 06/07/2022 | REPORT OF JEFFERSON-11TH STREET, LLC Filed. Submitted 06/07/2022 16:39. CM<br>Ms JANET M M NESSE (Attorney) on behalf of JEFFERSON-11 STREET, LLC (Defendant) | Image |
| 06/07/2022 | Additional eFiling Document to REPORT OF JEFFERSON-11TH STREET, LLC Filed. Submitted 06/07/2022 16:39. CM<br>Ms JANET M M NESSE (Attorney) on behalf of JEFFERSON-11 STREET, LLC (Defendant) | Image |
| 06/10/2022 | Event Resulted:<br>The following event: Status Hearing scheduled for 06/10/2022 at 11:00 am has been resulted as follows:<br><br>Result: Status Hearing Held. Courtsmart. Case heard in webex remotely. All parties present. Attorney Styles stated he will try to amend the bond or get a new bond. The property is in bankruptcy and defendants are making payments. Parties are to submit by 6/24/22 any filings being made in bankruptcy court to request any additional authorization to cover the outstanding $30,000. Parties are to submit a status report by 7/1/22 to request a new bond or an amended bond. Status hearing set for 7/21/22 at 10am in remote courtroom 519. sa<br>Judge: MCKENNA, JULIET J Location: Courtroom 519 | |

Showing 501 to 625 of 625
<< < 1 2 > >>

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 372340 | 07/06/2017 | JEFFREY W. STYLES | $20.00 |
| 379073 | 09/25/2017 | styles, j | $20.00 |
| 379905 | 10/04/2017 | GUDGER, MONIQUE | $20.00 |
| 379906 | 10/04/2017 | GUDGER, MONIQUE | $20.00 |
| 387435 | 01/16/2018 | GILMORE, BENJAMIN B | $20.00 |
| 388700 | 01/31/2018 | JEFFERY STYLES | $20.00 |
| 389849 | 02/12/2018 | BENJAMIN GILMORE | $20.00 |
| 390667 | 02/21/2018 | JEFFERY STYLESW | $20.00 |
| 391405 | 03/01/2018 | JEFFERY STYLES | $20.00 |
| 395063 | 04/12/2018 | GILMORE, BENJAMIN | $20.00 |
| Total | Total | Total | Total<br>$960.00 |

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 397533 | 05/10/2018 | Jeffrey Styles | $20.00 |
| 402773 | 07/09/2018 | Benjamin S. Gilmore | $20.00 |
| 404630 | 07/30/2018 | persio, j | $20.00 |
| 406951 | 08/29/2018 | PRO SE | $20.00 |
| 412468 | 11/03/2018 | STYLES, JEFFERY W | $20.00 |
| 414004 | 11/23/2018 | MARKETOS, JAMES L | $20.00 |
| 415396 | 12/13/2018 | PERSIO, JOANNA G | $20.00 |
| 417536 | 01/10/2019 | Benjamin Gilmore | $20.00 |
| 424273 | 04/01/2019 | Benjamin Gilmore | $20.00 |
| 426284 | 04/25/2019 | Jeffery W. Styles | $20.00 |
| 431956 | 07/02/2019 | Benjamin Gilmore | $20.00 |
| 432684 | 07/11/2019 | STYLES, Mr. JEFFERY W. | $20.00 |
| 434587 | 08/01/2019 | GILMORE, BENJAMIN S. | $20.00 |
| 437147 | 09/04/2019 | GILMORE Mr BENJAMIN S | $20.00 |
| 439659 | 10/03/2019 | GILMORE Mr BENJAMIN S | $20.00 |
| 439740 | 10/04/2019 | MEYER, MATTHEW W. | $20.00 |
| 442206 | 11/04/2019 | PRO SE | $20.00 |
| 444812 | 12/05/2019 | pro se | $20.00 |
| 445038 | 12/09/2019 | JEFFREY STYLES | $20.00 |
| 449065 | 01/28/2020 | STYLES Mr JEFFERY W | $20.00 |
| 449861 | 02/06/2020 | llc | $20.00 |
| 452169 | 03/03/2020 | pro se | $20.00 |
| 459430 | 08/17/2020 | GLMORE, BENJAMIN, Receiver | $20.00 |
| 463981 | 11/24/2020 | STYLES, Mr JEFFERY W, Attorney | $20.00 |
| 464483 | 12/07/2020 | STYLES, Mr JEFFERY W, Attorney | $20.00 |
| 473978 | 06/11/2021 | STYLES, Mr JEFFERY W, Attorney | $20.00 |
| 478233 | 08/26/2021 | LLC | $20.00 |
| 478234 | 08/26/2021 | WISEMAN, BEN, Attorney | $20.00 |
| 478272 | 08/26/2021 | WISEMAN, BEN, Attorney | $20.00 |
| 478676 | 09/01/2021 | WISEMAN, BEN, Attorney | -$20.00 |
| 478677 | 09/01/2021 | WISEMAN, BEN, Attorney | -$20.00 |
| 482028 | 10/29/2021 | STYLES, Mr JEFFERY W, Attorney | $20.00 |
| 482193 | 11/02/2021 | STYLES, Mr JEFFERY W, Attorney | $100.00 |
| 484086 | 12/06/2021 | SWANSON, JOHN, Attorney | $20.00 |
| 485255 | 12/27/2021 | STYLES, Mr JEFFERY W, Attorney | $20.00 |
| 487989 | 02/15/2022 | STYLES, Mr JEFFERY W, Attorney | $20.00 |
| 488536 | 02/25/2022 | STYLES, Mr JEFFERY W, Attorney | $20.00 |
| 488932 | 03/03/2022 | GLMORE, BENJAMIN, Receiver | $20.00 |
| Total | Total | Total | Total $960.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |