The order below is hereby signed.

Signed: August 9 2022



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re:** | Case No. 22-00059-ELG |
| **JEFFERSON – 11ᵀᴴ STREET, LLC,** | (Chapter 11) |
| Debtor. | |

## ORDER

This matter came before the Court on the Motion for Relief from the Automatic Stay to Prosecute Non-Bankruptcy Litigation (the "Application") filed by Jefferson-11th Street, LLC (the "Debtor"), seeking to lift the automatic stay to allow for Case No. 21-cv-0762 to proceed in the D.C. Court of Appeals. Upon consideration of the Motion, the limited objection of the District

of Columbia, finding good cause, and it appearing that the relief requested is warranted, it is hereby

**ORDERED,** that the Motion is GRANTED to allow for Case No. 21-cv-0762 to proceed in the D.C. Court of Appeals; and it is hereby

**ORDERED**, that the automatic stay is lifted *ab initio* from the petition date of March 31, 2022, as it relates to Case No. 21-cv-0762 in the D.C. Court of Appeals; and it is hereby

**ORDERED**, that this Order shall be effective immediately and any stay pursuant to Fed. R. Bankr. Pro. 4001(a)(3) is hereby waived.

**End of Order**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Debtor*

SEEN

/s/_____Nancy L. Alper_____
Nancy L. Alper (DC Bar 411324)
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 6th Street, N.W., 9th Floor
Washington, DC 20001
(202) 724-8122
Nancy.alper@dc.gov

Cc:  All ECF Recipients