The order below is hereby signed.

Signed: April 3 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br>**JEFFERSON 11TH STREET, LLC,**<br>Debtor. | Case No. 22-00059-ELG<br>Chapter 11 |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE
### OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019

Before the Court is the *Motion for Approval of Compromise and Settlement between the Debtor, Ellis J Parker, the Tenants Association, the Individual Tenants, and Certain Other Parties* (the "Motion"), filed by Jefferson 11th Street, LLC, the Debtor-in-Possession (the "Debtor") for the above captioned bankruptcy case, seeking approval of a settlement (the "Settlement Agreement") between the Debtor and Ellis J Parker, on the one hand, and the Tenants Association and certain other parties, including numerous individuals tenants, on the other hand (collectively, all parties to the Settlement Agreement, "the Settling Parties"). It appears to the Court that the Motion and Notice of the Motion was served on all necessary parties and, accordingly, for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that capitalized terms in this order not otherwise defined shall have the meanings ascribed to them in the Motion; and it is further

ORDERED, that the Settling Parties are hereby authorized and directed to take any and all necessary actions to implement the Settlement Agreement and the terms thereof.

**END OF ORDER**

I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Debtor*

Copies to:

U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314